```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

          CRIMINAL CASE NO.

v.

          1:13-cr-55-JEC-ECS

KELVIN D. ALLEN,

    Defendant.

### ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [36] recommending accepting defendant's plea of guilty tendered on May 21, 2014. No objections to the Report and Recommendation [36] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [36] and **ACCEPTS** the defendant's plea of guilty as to Counts Three and Four of the Indictment.

SO ORDERED, this 10th day of July, 2014.

                            /s/ Julie E. Carnes
                            JULIE E. CARNES
                            CHIEF U.S. DISTRICT JUDGE